**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:

|  |  |
|---|---|
| ODILAISY BRITO | CASE NO. 18-31744 |
| DEBTOR. | CHAPTER 13 |
|  | HON. JUDGE A. BENJAMIN GOLDGAR |

_____

DISCOVER BANK,

      Plaintiff,                  Adv. Proc. No.:

v.

ODILAISY BRITO
AKA ODILAISY LICOR,

      Defendant.

_____

Now comes Discover Bank, by and through its attorney, Monette W. Cope, Esq., of Weltman, Weinberg & Reis Co., LPA, and states as follows:

**Jurisdiction and Venue**

1      Defendant Odilaisy Brito is a debtor in the voluntary Chapter 13 bankruptcy petition filed in this Court on November 12, 2018.

2.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334, 151, and 157.

3.     Venue in this Court is proper pursuant to 28 U.S.C. § 1409.

4.     This matter is a Core proceeding pursuant to 28 U.S.C. § 157(b)(2)(I).

## Facts Common to all Counts

5.  Plaintiff Discover Bank, issuer of the Discover credit card, offers revolving credit card accounts to individuals.

6.  Defendant is an individual consumer and the holder of a credit card account with Plaintiff, account number ending in -3850.

7.  Consumer customers agree to make monthly installment payments for purchases and cash advances plus pay applicable interest and fees under the credit card accounts.

8.  There is currently due and owing on Defendant's account the amount of $15,913.94.

9.  The Defendant incurred the following charges and Plaintiff financed said charges through the above-mentioned revolving credit card account between August 14, 2018 and November 12, 2018, before filing the bankruptcy petition. A summary of the transaction history is set forth below, and copies of the relevant account statements are attached hereto as Exhibits.

| Account Number | Date | Description | Amount |
| --- | --- | --- | --- |
| XXXX-XXXX-XXXX-3850 | 11-10 | SEPHORA.COM 877-SEPHORA CA | 860.65 |
| XXXX-XXXX-XXXX-3850 | 11-09 | DECKERS*UGG 888-432-8530 CA | 212.50 |
| XXXX-XXXX-XXXX-3850 | 11-09 | AMZN MKTP US*M86M37Q02 AMZN.COM/BILLWA | 2,981.68 |
| XXXX-XXXX-XXXX-3850 | 11-09 | AMZN MKTP US*M86CC9Q22 AMZN.COM/BILLWA | 544.38 |
| XXXX-XXXX-XXXX-3850 | 11-08 | SONOBELLA CLINICA MORTON GROVE IL | 1,500.00 |
| XXXX-XXXX-XXXX-3850 | 10-31 | DECKERS*UGG 888-432-8530 CA | 201.88 |
| XXXX-XXXX-XXXX-3850 | 10-29 | AMAZON.COM*M83X70011 AMZN.COM/BILLWA | 256.63 |
| XXXX-XXXX-XXXX-3850 | 10-28 | MICROSOFT *STORE MSBILL.INFO WA | 159.36 |
| XXXX-XXXX-XXXX-3850 | 10-24 | AMZN MKTP US AMZN.COM/BILLWA | -13.85 |
| XXXX-XXXX-XXXX-3850 | 10-22 | CODE WITH MOSH 134-721-5320 NY | 89.00 |
| XXXX-XXXX-XXXX-3850 | 10-19 | AMZN MKTP US*M83WU3FP0 AMZN.COM/BILLWA | 544.23 |
| XXXX-XXXX-XXXX-3850 | 10-18 | TMOBILE*TEL UPGRADE 800-937-8997 WA | 984.92 |
| XXXX-XXXX-XXXX-3850 | 10-17 | WAL-MART SC - #3725 NILES IL | 56.98 |
| XXXX-XXXX-XXXX-3850 | 10-17 | SP * FASHIONNOVA.COM 800-866-0286 CA | 208.05 |
| XXXX-XXXX-XXXX-3850 | 10-17 | AMZN MKTP US*MT9YG4YV1 AMZN.COM/BILLWA | 21.73 |
| XXXX-XXXX-XXXX-3850 | 10-17 | AMZN MKTP US*MT4R94YQ1 AMZN.COM/BILLWA | 13.85 |
| XXXX-XXXX-XXXX-3850 | 10-16 | TMOBILE*WEB UPGRADE 800-937-8997 WA | 899.93 |
| XXXX-XXXX-XXXX-3850 | 10-16 | AMZN MKTP US*MT5CD9W31 AMZN.COM/BILLWA | 50.93 |
| XXXX-XXXX-XXXX-3850 | 10-11 | WELLS FARGO C/A #067051 EVANSTON IL | 2,500.00 |

| | | | |
|---|---|---|---|
| XXXX-XXXX-XXXX-3850 | 10-11 | CASH ADVANCE FEE | 125.00 |
| XXXX-XXXX-XXXX-3850 | 10-11 | BEST BUY 00003137295 EVANSTON IL | 2,791.76 |

## Count 1: Presumption of Nondischargeability
## For Luxury Goods or Services
## 11 U.S. Code 523(a)(2)(C)(i)(I)

10.     Plaintiff hereby incorporates and reasserts Paragraphs 1-9 as if fully stated herein.

11.     Pursuant to 11 U.S.C. 523(a)(2)(C)(i)(I), consumer debts owed to a single creditor and aggregating more than $500 for luxury goods or services incurred by an individual debtor on or within 90 days before the order for relief under this title are presumed to be nondischargeable.

12.     Furthermore, pursuant to 11 U.S.C. 523(a)(2)(C)(ii)(II), luxury goods or services does not include goods or services reasonably necessary for the support or maintenance of the debtor or a dependent of the debtor.

13.     Defendant incurred $12,364.61 for luxury goods or services within 90 days before filing her Chapter 7 Petition, as follows:

| Account Number | Date | Description | Amount |
|---|---|---|---|
| XXXX-XXXX-XXXX-3850 | 11-10 | SEPHORA.COM 877-SEPHORA CA | 860.65 |
| XXXX-XXXX-XXXX-3850 | 11-09 | DECKERS*UGG 888-432-8530 CA | 212.50 |
| XXXX-XXXX-XXXX-3850 | 11-09 | AMZN MKTP US*M86M37Q02 AMZN.COM/BILLWA | 2,981.68 |
| XXXX-XXXX-XXXX-3850 | 11-09 | AMZN MKTP US*M86CC9Q22 AMZN.COM/BILLWA | 544.38 |
| XXXX-XXXX-XXXX-3850 | 11-08 | SONOBELLA CLINICA MORTON GROVE IL | 1,500.00 |
| XXXX-XXXX-XXXX-3850 | 10-31 | DECKERS*UGG 888-432-8530 CA | 201.88 |
| XXXX-XXXX-XXXX-3850 | 10-29 | AMAZON.COM*M83X70011 AMZN.COM/BILLWA | 256.63 |
| XXXX-XXXX-XXXX-3850 | 10-28 | MICROSOFT *STORE MSBILL.INFO WA | 159.36 |
| XXXX-XXXX-XXXX-3850 | 10-24 | AMZN MKTP US AMZN.COM/BILLWA | -13.85 |
| XXXX-XXXX-XXXX-3850 | 10-22 | CODE WITH MOSH 134-721-5320 NY | 89.00 |
| XXXX-XXXX-XXXX-3850 | 10-19 | AMZN MKTP US*M83WU3FP0 AMZN.COM/BILLWA | 544.23 |
| XXXX-XXXX-XXXX-3850 | 10-18 | TMOBILE*TEL UPGRADE 800-937-8997 WA | 984.92 |
| XXXX-XXXX-XXXX-3850 | 10-17 | WAL-MART SC - #3725 NILES IL | 56.98 |
| XXXX-XXXX-XXXX-3850 | 10-17 | SP * FASHIONNOVA.COM 800-866-0286 CA | 208.05 |
| XXXX-XXXX-XXXX-3850 | 10-17 | AMZN MKTP US*MT9YG4YV1 AMZN.COM/BILLWA | 21.73 |
| XXXX-XXXX-XXXX-3850 | 10-17 | AMZN MKTP US*MT4R94YQ1 AMZN.COM/BILLWA | 13.85 |
| XXXX-XXXX-XXXX-3850 | 10-16 | TMOBILE*WEB UPGRADE 800-937-8997 WA | 899.93 |

| | | | |
|---|---|---|---|
| XXXX-XXXX-XXXX-3850 | 10-16 | AMZN MKTP US*MT5CD9W31 AMZN.COM/BILLWA | 50.93 |
| XXXX-XXXX-XXXX-3850 | 10-11 | BEST BUY 00003137295 EVANSTON IL | 2,791.76 |

14. Upon information and belief, the aforementioned purchases were for goods or services not reasonably necessary for the support or maintenance of the debtor or a dependent of the debtor.

15. As such, there is a statutory presumption that the advances drawn on Defendant's open-ended credit line were fraudulently obtained.

16. Accordingly, $12,364.61 of Defendant's account balance is nondischargeable pursuant to 11 U.S.C. 523(a)(2)(C)(i)(I).

## Count 2: Presumption of Nondischargeability
## For Cash Advances
## 11 U.S. Code 523(a)(2)(C)(i)(II)

17. Plaintiff hereby incorporates and reasserts Paragraphs 1-16 as if fully stated herein.

18. Pursuant to 11 U.S.C. 523(a)(2)(C)(i)(II), cash advances aggregating more than $750.00 that are extensions of consumer credit under an open-end credit plan obtained by an individual debtor on or within 70 days before the order for relief under this title are presumed to be nondischargeable

19. The agreement between the Plaintiff and Defendants is an open-ended credit plan.

20. Upon information and belief, Defendant obtained cash advances in excess of $750.00 within 70 days before filing her Chapter 7 Petition, as follows:

| Account Number | Date | Description | Amount |
|---|---|---|---|
| XXXX-XXXX-XXXX-3850 | 10-11 | WELLS FARGO C/A #067051 EVANSTON IL | 2,500.00 |
| XXXX-XXXX-XXXX-3850 | 10-11 | CASH ADVANCE FEE | 125.00 |

21. As such, there is a statutory presumption that the cash advances were fraudulently obtained.

22. Accordingly, $2,625.00 of Defendant's account balance is nondischargeable pursuant to 11 U.S.C. 523(a)(2)(C)(i)(II).

### Count 3
### Money Judgment

23. Plaintiff adopts and incorporates by reference all the allegations contained in paragraphs 1-22.

24. The total of the charges and cash advances presumed to be nondischargeable is $14,989.61.

25. Upon a finding that the debt is nondischargeable, Plaintiff is entitled to a money judgment.

**WHEREFORE**, Discover Bank prays for the entry of an order as follows:

  i. For an order declaring that the debt owed to Plaintiff as a result of the luxury goods or services as set forth in the Complaint are nondischargeable pursuant to 11 U.S.C. 523(a)(2)(C)(i)(I); and

  ii. For an order declaring that the debt owed to Plaintiff as a result of the cash advances by Defendant as set forth in the Complaint are nondischargeable pursuant to 11 U.S.C. 523(a)(2)(C)(i)(II); and

  iii. A money judgment in the same amount; and

  iv. Any other legal or equitable relief that the court deems just.

Respectfully submitted:

By: /s/ Monette W. Cope
Monette W. Cope
Weltman, Weinberg & Reis Co., L.P.A.
180 North LaSalle Street, Suite 2400
Chicago, IL 60601
Phone 312-253-9614
mcope@weltman.com
ARDC #6198913
Attorney for Plaintiff

EXHIBITS

# DISCOVER

**Discover it® Card**

Account number ending in 3850
Open Date Sep 24, 2018 - Close Date Oct 23, 2018
Cardmember Since 2010

Page 1 of 6

## ACCOUNT SUMMARY

| Previous Balance | | $0.00 |
| --- | --- | --- |
| Payments and Credits | + | $0.00 |
| Purchases | + | $6,561.31 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $2,500.00 |
| Fees Charged | + | $125.00 |
| Interest Charged | + | $24.40 |
| New Balance | | $9,210.71 |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| Credit Line | $17,800 |
| --- | --- |
| Credit Line Available | $8,589 |
| Cash Advance Credit Line | $2,500 |
| Cash Advance Credit Line Available | $0 |

You may be able to avoid interest on Purchases. See reverse for details

## PAYMENT INFORMATION

| New Balance | $9,210.71 |
| --- | --- |
| Minimum Payment Due | $185.00 |
| Payment Due Date | November 18, 2018 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00

## REWARDS

**Cashback Bonus®**  Anniversary Month: December

| Opening Balance | $ | 0.04 |
| --- | --- | --- |
| New Cashback Bonus This Period Everywhere Else | + $ | 65.62 |
| Redeemed This Period | - $ | 0.04 |
| **Cashback Bonus Balance** | **$** | **65.62** |

To learn more, log in at **Discover.com**

---

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

Make Check payable to Discover. Do Not Send Cash.
Please fold on the perforation below, detach and return with your payment

**Payment Coupon** Please do not fold, clip or staple.  **Pay Online** Discover.com  **Pay by Phone** 1-800-347-3085

| Account number ending in | 3850 |
| --- | --- |
| Minimum Payment Due | $185.00 |
| New Balance | $9,210.71 |
| Payment Due Date | November 18, 2018 |
| **Amount enclosed** | $ |

ODILAISY LICOR
3617 CENTRAL RD
GLENVIEW IL 60025-3991



PO BOX 6103
CAROL STREAM IL 60197-6103

0402129941

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day.
**Address, e-mail or telephone changed?** Note changes on reverse side

**Important Information**

See your Cardmember Agreement. Your Cardmember Agreement contains all the terms of your Account.

**Lost or stolen cards.** Report immediately! Call **1-800-347-3085.**

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us at Discover, PO Box 30421, Salt Lake City, UT 84130-0421, or submit the form provided at https://discover.com/billingerrornotice. You must contact us within 60 days after the error appeared on your statement. You may call us, but if you do we are not required to investigate any potential errors, and you may have to pay the amount in question. The Billing Rights Notice further explains your rights. Please see your Cardmember Agreement or visit https://discover.com/billingrights for a copy of this Notice.

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your allowable form of payment ("Payment") and the bottom portion of this statement in the envelope provided, after affixing postage. Payments sent without proper postage will be returned to the sender. If you pay by check, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If a Payment is processed as an electronic fund transfer, the transfer will be for the amount of the check, funds may be withdrawn from your account as soon as the same day we receive your check, and you will not receive your check back.

**Please do not send cash.** Sending cash is not allowed. The processing of your allowable form of Payment may be delayed if you send cash or correspondence with your Payments, if you send the Payment to any other address, or if you use an envelope other than the one provided. Payments received at our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day. If you have misplaced your envelope, send your Payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your Payment is returned unpaid, we reserve the right to resubmit it as an electronic debit. Payments made online or by phone will be credited as of the day of receipt if made by Midnight ET on the Payment Due Date or 5PM ET on any other day.

You can also make a Payment or set up automatic payments by calling 1-800-347-3085. Automatic payments for the billing period shown on your statement will be deducted on the Payment Due Date shown on that statement, or the next automatic payment date referred to on your statement, unless you request a recurring payment date that occurs before your Payment Due Date. If your scheduled payment date falls on a weekend or bank holiday, your payment will be processed the business day prior to the weekend or bank holiday. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower as your electronic signature. By providing those numbers, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel a scheduled payment by phone at 1-800-347-3085 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421; payment cancellations must be received before 5 PM ET of the scheduled withdrawal date.

If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be. You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U.S. law.

You can set up automatic payments for: (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) other dollar amount. If your scheduled "Other dollar amount" payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to cover the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the billing statement based on credits or payments after the Close Date.

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records.

Amount:  ☐ Full Pay_____  ☐ Min Pay_____  ☐ Min Pay+ $_____,
☐ Other Amount $_____,   Bank Routing # _____,
Bank Account # _____,
Monthly on the ☐ Payment Due Date
☐ _____ Day of month (insert date)

**Credit Reporting.** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at this address: Discover, PO Box 15316, Wilmington, DE 19850-5316. Please include your name, address, home telephone number and Account number.

**Paying Interest.** Your due date is at least 25 days after the close of each billing period (at least 23 days for billing periods that begin in February). We will not charge you any interest on Purchases if you pay your entire balance by the due date each month. We will begin charging interest on Cash Advances and Balance Transfers as of the later of the Transaction Date or the first day of the billing period in which the transaction posted to your Account.

**How We Calculate Interest Charges.** We use the Daily Balance Method (including current transactions) to calculate the Balance Subject to Interest Rate. For more information, please call us at 1-800-347-3085.

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period.

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1.00 or more after 6 months, or as otherwise required by applicable law, or upon request made to the address in the Contact Us section on page 3 of your billing statement.

**Balance Transfers.** Balance Transfers are offered at our discretion and accrue interest at the standard purchase rate unless we tell you otherwise.

Discover may monitor and/or record telephone calls between you and Discover representatives for quality assurance purposes.

The Discover® card is issued by Discover Bank, Member FDIC   DIT23-26 0218

# CHANGE OF ADDRESS

If correct on front, do not use. Please print clearly in blue or black ink, in the space provided.

| | | | |
|---|---|---|---|
| Street Address | | Home Phone | |
| | | Work Phone | |
| City | | Email | |
| State, Zip | | | |

040212941

To make changes to your address, email or telephone number, visit Discover.com

Continued on next page

 **DISCOVER**

Discover it® Card
Account number ending in 3850
Open Date Sep 24, 2018 - Close Date Oct 23, 2018
Page 3 of 6

# CONTACT US

|  Web<br>Access your account securely at Discover.com | Mobile<br>Manage your account anytime, anywhere at m.Discover.com |  Phone<br>1-800-347-3085<br>TDD 1-800-347-7449 |  Inquiry<br>Discover<br>PO Box 30943<br>Salt Lake City<br>UT 84130 |  Mail Payments<br>Discover<br>PO Box 6103<br>Carol Stream<br>IL 60197-6103 |
|---|---|---|---|---|

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| Merchandise | Oct 11 | Oct 11 | BEST BUY 00003137295 EVANSTON IL | $ | 2,791.76 |
| | Oct 16 | Oct 16 | AMZN MKTP US*MT5CD9W31 AMZN.COM/BILLWA 7HH74WZ0S34 | | 50.93 |
| | Oct 17 | Oct 17 | AMZN MKTP US*MT9YG4YV1 AMZN.COM/BILLWA 6UT8XSH6IQU | | 21.73 |
| | Oct 17 | Oct 17 | AMZN MKTP US*MT4R94YQ1 AMZN.COM/BILLWA 4KUAH48HMC1 | | 13.85 |
| | Oct 17 | Oct 17 | SP * FASHIONNOVA.COM 800-866-0286 CA | | 208.05 |
| | Oct 19 | Oct 19 | AMZN MKTP US*M83WU3FP0 AMZN.COM/BILLWA 5ZRB9P9JIMS | | 544.23 |
| Services | Oct 16 | Oct 16 | TMOBILE*WEB UPGRADE 800-937-8997 WA 31AOJVZN6VZ | $ | 899.93 |
| | Oct 16 | Oct 16 | TMOBILE*WEB UPGRADE 800-937-8997 WA 31AOJVZN82H | | 899.93 |
| | Oct 18 | Oct 18 | TMOBILE*TEL UPGRADE 800-937-8997 WA 9818643 | | 984.92 |
| Cash Advances | Oct 11 | Oct 11 | WELLS FARGO C/A #067051 EVANSTON IL | $ | 2,500.00 |
| Supermarkets | Oct 17 | Oct 17 | WAL-MART SC - #3725 NILES IL | $ | 56.98 |
| Education | Oct 22 | Oct 22 | CODE WITH MOSH 134-721-5320 NY | $ | 89.00 |
| Fees | Oct 11 | Oct 11 | CASH ADVANCE FEE | $ | 125.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | | 125.00 |
| Interest Charged | | | INTEREST CHARGE ON PURCHASES | $ | 0.00 |
| | | | INTEREST CHARGE ON CASH ADVANCES | | 24.40 |
| | | | INTEREST CHARGE ON BALANCE TRANSFERS | | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | | 24.40 |

## 2018 Totals Year-to-Date

| | | |
|---|---|---|
| **TOTAL FEES CHARGED IN 2018** | $ | 125.00 |
| **TOTAL INTEREST CHARGED IN 2018** | $ | 24.40 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account

Current Billing Period: 30 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR)* | PROMO APR EXPIRATION DATE** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Purchases | 20.99% V | N/A | $0.00 | $0.00 |

**040212941**

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## Interest Charge Calculation - Continued

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR)* | PROMO APR EXPIRATION DATE** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Cash Advances | 25 99% V | N/A | $1,142 37 | $24 40 |

V=Variable Rate
* If your account is currently enrolled in a special program or is placed into one during the term of the offer, you will receive the benefit of the lower rate while the special program is in effect This includes, if applicable, any lower rates as authorized under the Servicemembers Civil Relief Act
** This is the date your promotional rate expires and the remaining balance will be moved to your standard APR disclosed when you accepted the offer Please note Changing your payment due date may change your Promo APR Expiration Date
*** For more information, please call us at 1-800-347-2683

## Information For You

### FICO® Credit Score Terms

Your FICO® Credit Score, key factors, and other credit information use the FICO® Score 8 model They are based on data from TransUnion® and may be different from other credit scores and other credit information provided by different bureaus This information is intended for and only provided to Primary account holders who have an available score. Your score, key factors and other credit information are available on Discover com and cardmembers are also provided a score on statements Customers will see up to a year of recent scores online Discover and other lenders may use different inputs, such as FICO® Credit Scores, other credit scores and more information in credit decisions This benefit may change or end in the future. FICO is a registered trademark of the Fair Isaac Corporation in the United States and other countries

If you prefer not to receive your FICO® Credit Score just call us at 1-800-DISCOVER (1-800-347-2683) Please give us two billing cycles to process your request

Discover Financial Services and Fair Isaac are not credit repair organizations as defined under federal or state law, including the Credit Repair Organizations Act Discover Financial Services and Fair Isaac do not provide "credit repair" services or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating

### Availability of FICO® Credit Score

As an active cardmember, you may see your FICO® Credit Score on your monthly statement or online. Reasons why you may not see your FICO® Credit Score include if you opt out, if you have key information that is mismatched or missing, as one example, an address change that has not been updated with Discover or TransUnion®, if your credit history is too new, if your account status is abandoned, bankrupt, fraud, lost or stolen, closed, revoked, or charged off, if you have a foreign address Your FICO® Score is disclosed on statements when your statement is available You may not receive a statement if you have no account activity such as no purchase transactions, fees, interest, or payments for approximately 30 days.

**DISCOVER**

Discover it® Card
Account number ending in 3850
Open Date Sep 24, 2018- Close Date Oct 23, 2018
Cardmember Since 2010

Page 5 of 6

040212941

040212941

# DISCOVER

**Discover it® Card**
Account number ending in 3850
Open Date Oct 24, 2018 - Close Date Nov 23, 2018
Cardmember Since 2010

Page 1 of 4

## ACCOUNT SUMMARY

| Previous Balance |   | $9,210.71 |
|---|---|---|
| Payments and Credits | - | $13.85 |
| Purchases | + | $6,717.08 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | $0.00 |
| Interest Charged | + | $0.00 |
| New Balance |   | $15,913.94 |

See Interest Charge Calculation section following the Transactions section for detailed APR information

| Credit Line | $17,800 |
|---|---|
| Credit Line Available | $0 |
| Cash Advance Credit Line | $2,500 |
| Cash Advance Credit Line Available | $0 |

You may be able to avoid interest on Purchases. See reverse for details

## PAYMENT INFORMATION

| **New Balance** | **$15,913.94** |
|---|---|
| Minimum Payment Due * | $504.00 |
| Payment Due Date | December 18, 2018 |
| * Includes past due amount of | $185.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $37.00

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay | You will pay off the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| Only the minimum payment | 13 years | $15,914 |

If you would like information about credit counseling services, call 1-800-347-1121

## REWARDS

| **Cashback Bonus®** | | Anniversary Month December |
|---|---|---|
| Opening Balance | $ | 0.00 |
| New Cashback Bonus This Period | + $ | 0.00 |
| Redeemed This Period | - $ | 0.00 |
| **Cashback Bonus Balance** | **$** | **0.00** |

To learn more, log in at **Discover.com**

---

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Make Check payable to Discover. Do Not Send Cash.
Please fold on the perforation below, detach and return with your payment

**Payment Coupon** — Please do not fold, clip or staple.     **Pay Online** Discover.com     **Pay by Phone** 1-800-347-3085

| Account number ending in | 3B50 |
|---|---|
| Minimum Payment Due | $504.00 |
| New Balance | $15,913.94 |
| Payment Due Date | December 18, 2018 |
| **Amount enclosed** | $ |

ODILAISY LICOR
3617 CENTRAL RD
GLENVIEW IL 60025-3991



PO BOX 6103
CAROL STREAM IL 60197-6103

Phone and Internet payments must be received before midnight ET on your due date to be credited as of the same day
**Address, e-mail or telephone changed?** Note changes on reverse side

0402120941

**Important Information**
See your Cardmember Agreement. Your Cardmember Agreement contains all the terms of your Account.

**Lost or stolen cards.** Report immediately! Call **1-800-347-3085**.

**What To Do If You Think You Find A Mistake On Your Statement:**
If you think there is an error on your statement, write to us at Discover, PO Box 30421, Salt Lake City, UT 84130-0421, or submit the form provided at https://discover.com/billingerrornotice. You must contact us within 60 days after the error appeared on your statement. You may call us, but if you do we are not required to investigate any potential errors, and you may have to pay the amount in question. The Billing Rights Notice further explains your rights. Please see your Cardmember Agreement or visit https://discover.com/billingrights for a copy of this Notice.

**Payments.** You may pay all or part of your Account balance at any time. However, you must pay at least the Minimum Payment Due by the Payment Due Date. Send only your allowable form of payment ("Payment") and the bottom portion of this statement in the envelope provided, after affixing postage. Payments sent without proper postage will be returned to the sender. If you pay by check, you authorize us to use information on your check to make an electronic fund transfer from your account at the financial institution indicated on your check or to process the payment as a check transaction. If a Payment is processed as an electronic fund transfer, the transfer will be for the amount of the check, funds may be withdrawn from your account as soon as the same day we receive your check, and you will not receive your check back.

**Please do not send cash.** Sending cash is not allowed. The processing of your allowable form of Payment may be delayed if you send cash or correspondence with your Payments, if you send the Payment to any other address, or if you use an envelope other than the one provided. Payments received at our processing facility by 5PM local time on any day will be credited to your Account as of that day. Payments received at our processing facility after 5PM local time will be credited to your Account as of the next day. If you have misplaced your envelope, send your Payment to Discover, PO Box 6103, Carol Stream, IL 60197-6103. Please allow 7-10 days for delivery. If your Payment is returned unpaid, we reserve the right to resubmit it as an electronic debit. Payments made online or by phone will be credited as of the day of receipt if made by Midnight ET on the Payment Due Date or 5PM ET on any other day.

You can also make a Payment or set up automatic payments by calling 1-800-347-3085. Automatic payments for the billing period shown on your statement will be deducted on the Payment Due Date shown on that statement, or the next automatic payment date referred to on your statement, unless you request a recurring payment date that occurs before your Payment Due Date. If your scheduled payment date falls on a weekend or bank holiday, your payment will be processed the business day prior to the weekend or bank holiday. In order to schedule monthly payments by telephone, you will need this statement and your bank account information. You will be asked to provide the last four (4) digits of the social security number of the primary borrower as your electronic signature. By providing those numbers, you will be agreeing to this authorization to allow us and your bank to deduct each payment you authorize, in the amount selected by you, from your bank account. You also authorize us to initiate debit or credit entries to your bank account, as applicable, to correct an error in the processing of such payment. You can cancel a scheduled payment by phone at 1-800-347-3085 or by mail at Discover, PO Box 30421, Salt Lake City, UT 84130-0421, payment cancellations must be received before 5 PM ET of the scheduled withdrawal date.

If your payments may vary in amount, we will tell you on each monthly billing statement when your payment will be made and how much it will be. You must ensure that sufficient funds are available in your bank account, and all transactions must comply with U.S. law.

You may set automatic payments for (i) statement New Balance, (ii) statement Minimum Payment Due, (iii) statement Minimum Payment Due plus a fixed dollar amount, or (iv) other dollar amount. If your scheduled "Other dollar amount" payment is not enough to cover the Minimum Payment Due as listed on your monthly billing statement, your scheduled payment for that month will be increased to match the Minimum Payment Due. If the scheduled payment is greater than the Minimum Payment Due, any excess will be applied in accordance with your Cardmember Agreement. If your scheduled payment is greater than the New Balance on your billing statement, that payment will be processed only for the amount of your New Balance. Your automatic payment amount may be less than the amount indicated on the billing statement based on credits or payments after the Close Date.

If you enroll by phone in our automatic payment service, please fill-in the following blanks below and retain the authorization for your records.

Amount: ☐ Full Pay _____ ☐ Min Pay _____ ☐ Min Pay+ $ _____,
☐ Other Amount $ _____, Bank Routing # _____,
Bank Account # _____,
Monthly on the ☐ Payment Due Date
☐ _____ Day of month (insert date)

**Credit Reporting.** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. We normally report the status and payment history of your Account to credit reporting agencies each month. If you believe that our report is inaccurate or incomplete, please write us at this address: Discover, PO Box 15316, Wilmington, DE 19850-5316. Please include your name, address, home telephone number and Account number.

**Paying Interest.** Your due date is at least 25 days after the close of each billing period (at least 23 days for billing periods that begin in February). We will not charge you any interest on Purchases if you pay your entire balance by the due date each month. We will begin charging interest on Cash Advances and Balance Transfers as of the later of the Transaction Date or the first day of the billing period in which the transaction posted to your Account.

**How We Calculate Interest Charges.** We Use the Daily Balance Method (including current transactions) to calculate the Balance Subject to Interest Rate. For more information, please call us at 1-800-347-3085.

**Balance Subject to Interest Rate.** Your statement shows a Balance Subject to Interest Rate. It shows this for each transaction category. The Balance Subject to Interest Rate is the average of the daily balances during the billing period.

**Credit Balances.** If your Account has a credit balance, the amount is shown on the front of your billing statement. A credit balance is money that is owed to you. You may make charges against this amount if your Account is open. We will send you a refund of any remaining balance of $1.00 or more after 6 months, or as otherwise required by applicable law, or upon request made to the address in the Contact Us section on page 3 of your billing statement.

**Balance Transfers.** Balance Transfers are offered at our discretion and accrue interest at the standard purchase rate unless we tell you otherwise.

Discover may monitor and/or record telephone calls between you and Discover representatives for quality assurance purposes.

The Discover® card is issued by Discover Bank, Member FDIC   DIT23-26.0218

# CHANGE OF ADDRESS

If correct on front, do not use. Please print clearly in blue or black ink, in the space provided.

| | |
|---|---|
| Street Address | |
| | |
| City | |
| State, Zip | |

| | |
|---|---|
| Home Phone | |
| Work Phone | |
| Email | |

040212941

To make changes to your address, email or telephone number, visit Discover.com

Continued on next page

**DISCOVER**

Discover it® Card
Account number ending in 3850
Open Date: Oct 24, 2018 - Close Date: Nov 23, 2018
Page 3 of 4

# CONTACT US

| | | | | |
|---|---|---|---|---|
|  Web<br>Access your account securely at Discover.com |  Mobile<br>Manage your account anytime, anywhere at m.Discover.com |  Phone<br>1-800-347-3085<br>TDD 1-800-347-7449 | Inquiry<br>Discover<br>PO Box 30943<br>Salt Lake City<br>UT 84130 | Mail Payments<br>Discover<br>PO Box 6103<br>Carol Stream<br>IL 60197-6103 |

## Transactions

| | Trans. Date | Post Date | | | |
|---|---|---|---|---|---|
| **Payments and Credits** | Oct 24 | Oct 25 | AMZN MKTP US AMZN COM/BILLWA 4UIS5LDNV2I | $ | -13.85 |
| **Merchandise** | Oct 29 | Oct 29 | AMAZON COM*MB3X70011 AMZN COM/BILLWA ZNT0E57GWTB | $ | 256.63 |
| | Oct 31 | Oct 31 | DECKERS*UGG 888-432-8530 CA 21205022 | | 201.88 |
| | Nov 9 | Nov 9 | DECKERS*UGG 888-432-8530 CA 21341626 | | 212.50 |
| | Nov 9 | Nov 9 | AMZN MKTP US*M86M37Q02 AMZN COM/BILLWA 5TDY0CVDVAQ | | 2,981.68 |
| | Nov 9 | Nov 9 | AMZN MKTP US*M86CC9Q22 AMZN COM/BILLWA S0CBXKV0059 | | 544.38 |
| | Nov 10 | Nov 10 | SEPHORA.COM 877-SEPHORA CA 78032001JO7N0FET | | 860.65 |
| **Services** | Oct 28 | Oct 28 | MICROSOFT *STORE MSBILL.INFO WA | $ | 159.36 |
| | Nov 8 | Nov 8 | SONOBELLA CLINICA MORTON GROVE IL | | 1,500.00 |
| **Fees** | | | **TOTAL FEES FOR THIS PERIOD** | $ | 0.00 |
| **Interest Charged** | | | **TOTAL INTEREST FOR THIS PERIOD** | $ | 0.00 |

## 2018 Totals Year-to-Date

| | | |
|---|---|---|
| **TOTAL FEES CHARGED IN 2018** | $ | 125.00 |
| **TOTAL INTEREST CHARGED IN 2018** | $ | 24.40 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account

Current Billing Period: 31 days

| TYPE OF BALANCE | ANNUAL PERCENTAGE RATE (APR)* | PROMO APR EXPIRATION DATE** | BALANCE SUBJECT TO INTEREST RATE | INTEREST CHARGE |
|---|---|---|---|---|
| Purchases | 20.99% V | N/A | $0.00 | $0.00 |
| Cash Advances | 25.99% V | N/A | $0.00 | $0.00 |

V=Variable Rate

* If your account is currently enrolled in a special program or is placed into one during the term of the offer, you will receive the benefit of the lower rate while the special program is in effect. This includes, if applicable, any lower rates as authorized under the Servicemembers Civil Relief Act
** This is the date your promotional rate expires and the remaining balance will be moved to your standard APR disclosed when you accepted the offer
  Please note: Changing your payment due date may change your Promo APR Expiration Date
*** For more information, please call us at 1-800-347-2683

040212941

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

## Information For You

**FICO® Credit Score Terms**

Your FICO® Credit Score, key factors, and other credit information use the FICO® Score 8 model They are based on data from TransUnion® and may be different from other credit scores and other credit information provided by different bureaus. This information is intended for and only provided to Primary account holders who have an available score. Your score, key factors and other credit information are available on Discover com and cardmembers are also provided a score on statements Customers will see up to a year of recent scores online Discover and other lenders may use different inputs, such as FICO® Credit Scores, other credit scores and more information in credit decisions This benefit may change or end in the future. FICO is a registered trademark of the Fair Isaac Corporation in the United States and other countries

If you prefer not to receive your FICO® Credit Score just call us at 1-800-DISCOVER (1-800-347-2683) Please give us two billing cycles to process your request

Discover Financial Services and Fair Isaac are not credit repair organizations as defined under federal or state law, including the Credit Repair Organizations Act Discover Financial Services and Fair Isaac do not provide "credit repair" services or assistance regarding "rebuilding" or "improving" your credit record, credit history or credit rating

**Availability of FICO® Credit Score**

As an active cardmember, you may see your FICO® Credit Score on your monthly statement or online. Reasons why you may not see your FICO® Credit Score include if you opt out, if you have key information that is mismatched or missing, as one example, an address change that has not been updated with Discover or TransUnion®, if your credit history is too new, if your account status is abandoned, bankrupt, fraud, lost or stolen, closed, revoked, or charged off, if you have a foreign address Your FICO® Score is disclosed on statements when your statement is available You may not receive a statement if you have no account activity such as no purchase transactions, fees, interest, or payments for approximately 30 days.

040212941